**IT IS ORDERED as set forth below:**



**Date: November 9, 2018**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

___

## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

| | |
|---|---|
| In re: <br> **Linda F. Hill** <br>     Debtor | Case No.:   17−60400−EJC <br> Judge:   Edward J. Coleman III <br> Chapter:   13 |

### ORDER APPOINTING SPECIAL COUNSEL

   The Application of the Debtor, Linda F. Hill, for appointment of V. Sharon Edenfield as Special Counsel for the Debtor having been considered and it appearing to the Court that the employment of V. Sharon Edenfield is necessary and beneficial to this estate,

   It further appearing that the Attorney, V. Sharon Edenfield, has no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that the Debtor is authorized to employ the services of V. Sharon Edenfield as Special Counsel for the Debtor subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Attorney will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

***[END OF DOCUMENT]***

*B−04e [07−14]*