**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LINDA F. HILL | ) | Chapter 13 |
| | ) | Case No. 17-60400-EJC |
| Debtor | ) | |

**WITHDRAWAL**

COMES NOW, counsel for the above-captioned Debtor and hereby withdraws the response to the Trustee's notice of non-compliance.

This 5th day of March, 2019.

H. LEHMAN FRANKLIN, P.C.

/s/ Kimberly S. Ward
Kimberly S. Ward
Attorney for Debtor
State Bar No. 682042

H. LEHMAN FRANKLIN, P.C.
P.O. Box 1064
Statesboro, GA 30459
(912)764-9616
hlfpcbankruptcy@hotmail.com

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically served the foregoing Withdrawal upon O. Byron Meredith, III, Chapter 13 Trustee.

This 5th day of March, 2019.

H. LEHMAN FRANKLIN, P.C.

/s/ Kimberly S. Ward
Kimberly S. Ward
Attorney for Debtor
State Bar No. 682042

H. LEHMAN FRANKLIN, P.C.
P.O. Box 1064
Statesboro, GA 30459
(912)764-9616
hlfpcbankruptcy@hotmail.com