# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Linda F. Hill**
   Debtor

Case No.:   17−60400−EJC

Judge:   Edward J. Coleman III

Chapter:   13

### ORDER DISMISSING CASE
### FOR FAILURE TO COMPLY WITH COURT'S ORDER

The court, on its own motion and pursuant to §105 of the Bankruptcy Code, does hereby dismiss the captioned case by reason of debtor's failure to comply with the court's order of August 16, 2018 .

All stays are lifted and creditors are at liberty to pursue their legal remedies.



Edward J. Coleman III
United States Bankruptcy Judge
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated **March 8, 2019**

*13−10[Rev. 07/05]* **HKB**