# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Linda F. Hill**
    Debtor

Case No.:   17−60400−EJC

Judge:   Edward J. Coleman III

Chapter:   13

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

O Byron Meredith III is discharged as trustee of the estate of the above−named debtor and the bond is canceled; and the case of the above debtor is closed.

                                        Edward J. Coleman III,
                                        United States Bankruptcy Judge
                                        125 Bull St, Rm 213
                                        P.O. Box 8347
                                        Savannah, GA 31412

Dated: August 12, 2019

*B272 [07/14]*